FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 JUL 27 AM 10:00

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| DONNIE R. JENKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV409-061 |
| MICHAEL J. ASTRUE, *Commissioner of the Social Security Administration*, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 27 day of July, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA